JENNIE LICATA and Another, as Coadministrators of DOMENICK LICATA, Deceased, Respondents, v. OCEAN STEAM NAVIGATION COMPANY, LTD., Appellant.

— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RAW SILK TRADING CO., INC., Appellant, v. KALTENBACH & STEPHENS, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.